IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY L. HAASE, | ) | 8:10CV249 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MIDWEST MAINTENANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion.  On July 9, 2010, the court mailed a copy of the court's July 9, 2010, Text Order to Plaintiff at the address she provided on her Complaint.  (Filing No. 7; Filing No. 1-1, Attach. 1 at CM/ECF p. 3.)  On July 15, 2010, the copy was returned as "Undeliverable."  (Filing No. 8.)  The court resent the copy to Plaintiff.  (*Id*.)  Again, the copy was returned to the court as "Undeliverable."  (Filing No. 9.)

Plaintiff has an obligation to keep the court informed of her current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days).  This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.      Plaintiff shall have until **August 27, 2010**, to apprise the court of her current address, in the absence of which this case will be dismissed without prejudice and without further notice.

2.     The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: August 27, 2010:  deadline to inform court of new address.

DATED this 27th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2